CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

DAVID I. KORNBLUH (SBN: 162310)
dkornbluh@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, CA 95125-4539
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Attorneys for Defendants
1661 McKee Road, LLC, Francisco Arias and Rosa M. Hernandez Gonzalez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>1661 MCKEE ROAD, LLC, a California Limited Liability Company; FRANCISCO ARIAS; ROSA M. HERNANDEZ GONZALEZ; and Does 1-10,<br><br>    Defendants. | Case: 5:19-CV-06208-VKD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 16, 2020      CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

Dated: March 16, 2020      VENTURA HERSEY & MULLER, LLP

By: /s/ David I. Kornbluh
    David I. Kornbluh
    Attorneys for Defendant
    1661 McKee Road, LLC, Francisco Arias and Rosa M. Hernandez Gonzalez

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to David I. Kornbluh, counsel for 1661 McKee Road, LLC, Francisco Arias and Rosa M. Hernandez Gonzalez, and that I have obtained Mr. Kornbluh's authorization to affix his electronic signature to this document.

Dated: March 16, 2020         CENTER FOR DISABILITY ACCESS

                              By: /s/Amanda Lockhart Seabock
                                  Amanda Lockhart Seabock
                                  Attorneys for Plaintiff